

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-14-00046-CV

**BIG CREEK CONSTRUCTION, LTD,**
**AND COWBELL TRAFFIC SERVICE, INC.,**

                                                        **Appellants**

 **v.**

**KAY AND TERRY KAMP,**

                                                        **Appellees**


_____


### From the 87th District Court
### Freestone County, Texas
### Trial Court No. 11-035-B

_____

## MEMORANDUM  OPINION

_____

In this premises-liability case stemming from a car accident, appellant, Big Creek Construction, Ltd., challenges the trial court's judgment entered in favor of appellees, Kay and Terry Kamp.  However, on June 16, 2015, appellant filed a motion to dismiss this appeal, stating that "the parties recently completed a settlement of their dispute, and Big Creek no longer wishes to prosecute this appeal."  *See* TEX. R. APP. P. 42.1(a)(1).  Dismissal of this appeal will not prevent the parties from seeking relief to which they would

otherwise be entitled. Accordingly, we grant appellant's motion. This appeal is hereby dismissed, and we order that the parties bear their own appellate costs.


AL SCOGGINS
Justice

Before Chief Justice Gray,
     Justice Davis, and
     Justice Scoggins
Appeal dismissed
Opinion delivered and filed July 2, 2015
[CV06]

